IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM SOTO,

      Plaintiff,                    No. CIV S-07-1842 FCD EFB P

      vs.

DUEL VOCATIONAL
INSTITUTION, et al.,

      Defendants.              ORDER

/

      Plaintiff is a state prisoner proceeding without counsel and *in forma pauperis* in an action against prison officials for civil rights violations. *See* 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).  Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a).  No initial payment has been assessed.  However, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2). The agency having custody of plaintiff is required to forward payments from plaintiff's account to the Clerk of the Court each time the amount in the account exceeds $10 until the filing fee is paid.

      The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's *in forma pauperis* application upon the Director of the California Department of Corrections and

1

1 | Rehabilitation and deliver a copy of this order to the Clerk's financial division.

2 | So ordered.

3 | Dated: November 20, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2