IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM SOTO,

     Plaintiff,                   No. CIV S-07-1842 FCD EFB P

     vs.

DUEL VOCATIONAL
INSTITUTION, et al.,

     Defendants.           ORDER

       Plaintiff is a state prisoner prosecuting this civil rights action without counsel. *See* 42 U.S.C. § 1983. Plaintiff requests leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

       Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

       Plaintiff must pay the statutory filing fee of $350. *See* 28 U.S.C. §§ 1914(a), 1915(b)(1). Plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his prison trust account. All payments shall be forwarded by the appropriate agency to the Clerk of the Court when amount in plaintiff's account exceeds $10 until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

1  The court finds that, for the limited purposes of § 1915A screening, the complaint states a
2  cognizable claim for relief against defendant Dr. Zhov for deliberate indifference to plaintiff's
3  serious medical need, i.e., depression, pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

Accordingly, it hereby is ordered that:

1. Plaintiff's request for leave to proceed *in forma pauperis* is granted.

2. Plaintiff must pay the statutory filing fee of $350 for this action.  All payments shall be collected in accordance with the order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3. Service is appropriate for defendant Dr. Zhov.

4. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and one copy of the September 6, 2007, pleading.

5. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 form and two copies of the endorsed September 6, 2007, pleading.

6. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendant Dr. Zhov pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Dated:  November 20, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM SOTO,

        Plaintiff,                No. CIV S-07-1842 FCD EFB P

    vs.

DUEL VOCATIONAL
INSTITUTION, et al.,

        Defendants.          NOTICE OF SUBMISSION OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __1__      completed summons form

      ____      completed forms USM-285

      ____      copies of the _____
                             Complaint

Dated:

                                    _____
                                          Plaintiff

3