1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM SOTO,

11                  Plaintiff,                    No. CIV S-07-1842 FCD EFB P

12          vs.

13   DUEL VOCATIONAL
     INSTITUTION, et al.,

14
                    Defendants.                   ORDER
15   _____/

16          Plaintiff is a prisoner without counsel suing for alleged civil rights violations.  *See* 42

17   U.S.C. § 1983.  On April 21, 2008, plaintiff filed interrogatories, a request for his central file

18   maintained at the prison, and a response to defendants' request for production of documents.

19          Interrogatories, requests for production, requests for admission, responses and proofs of

20   service thereof "shall not be filed with the clerk until there is a proceeding in which the

21   document or proof of service is at issue.  When required in a proceeding, only that part of the

22   request and response that is in issue shall be filed."  Local Rules 33-250(c), 34-250(c) & 36-

23   250(c).  Furthermore, all discovery requests and responses must conform to the requisites of the

24   Federal Rules of Civil Procedure governing discovery.  *See* Fed. R. Civ. P. 26 - 37.

25   /////

26   /////

                                                  1

1    Accordingly, plaintiff's April 21, 2008, interrogatories, request for his central file

2  maintained at the prison and response to defendants' request for production of documents are

3  stricken.  The Clerk of the Court is directed to make a notation on them to that effect.

4    So ordered.

5  DATED:  May 27, 2008.

6                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE