IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM SOTO,

        Plaintiff,                           No. CIV S-07-1842 FCD EFB P

     vs.

DUEL VOCATIONAL INSTITUTION,

        Defendants.                  FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. Currently pending before the court is plaintiff's April 17, 2008, motion to file an amended complaint. For the reasons explained below, the undersigned recommends that the motion be denied.

        Before the filing of a responsive pleading, a party may file an amended pleading as a matter of right. Fed. R. Civ. P. 15(a)(1)(A). When a responsive pleading has been served, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15 (a)(2). The defendants filed their responsive pleading, i.e., an answer, on March 3, 2008. Thus, in order to file an amended complaint, plaintiff must obtain leave of the court or the consent of the defendants. In deciding whether to grant leave to amend, the court considers following factors:

1

the presence or absence of undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies by previous amendments, undue prejudice to the opposing party and futility of the proposed amendment. *Foman v. Davis*, 371 U.S. 178, 182 (1962); *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 186 (9th Cir.1987). Plaintiff must also satisfy the procedural requirements of the Local Rules of this Court, which provide that:

> Unless prior approval to the contrary is obtained from the Court, every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by Court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading.

E.D. Cal. L.R. 15-220.

In support of his motion, plaintiff states,

> I'd like to amend my complaint to include but not limit to the following psychologists and psychiatrist and amount sued for. D. Henderson, M.D., M. Weife, M.D. and Doctor Coppolo. Please amend amount to $4,500,000.

Plaintiff makes no claims against these or any other defendants. In short, there is no proposed amended complaint to consider. Moreover, his motion for leave to amend addresses none of the factors for whether leave to amend should be granted. Thus, plaintiff's motion must be denied.

Accordingly, it is hereby recommended that plaintiff's April 17, 2008, motion for leave to file an amended complaint be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 15 days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the

////
////
////
////

2

1  specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158

2  F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

3  Dated: May 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE