IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM SOTO,

    Plaintiff,                                     No. CIV S-07-1842 FCD EFB P

    vs.

DUEL VOCATIONAL
INSTITUTION, et al.,                       ORDER

    Defendants.
_____/

    Plaintiff, a state prisoner without counsel, sues for alleged civil rights violations. *See* 42 U.S.C. § 1983. On July 2, 2008, plaintiff filed a motion to compel discovery, styled as a "Motion for Court Intervention." *See* Docket #34. Defendants shall file their response to plaintiff's motion within 20 days. Plaintiff's may file a reply brief within 10 days after service of defendants' opposition. Thereafter, the matter will stand submitted.

    So Ordered.

DATED: September 10, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE