IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM SOTO,

        Plaintiff,                        No. CIV S-07-1842 FCD EFB P

    vs.

DUEL VOCATIONAL INSTITUTION, et al.,

        Defendants.              ORDER

        Plaintiff is a prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On September 11, 2008, the court directed the defendants to respond to plaintiff's motion to compel discovery, styled as a "Motion for Court Intervention," within 20 days. The 20 days have passed, and defendants have not filed a response to the motion or otherwise responded to the court's order.

        Accordingly, it is hereby ordered that within 15 days of the date of this order, defendants shall show cause for their failure to comply with this court's September 11, 2008, order.

Dated: November 3, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE