1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM SOTO,

11              Plaintiff,                    No. CIV S-07-1842 FCD EFB P

12        vs.

13   DR. ZHOV,

14              Defendant.                    <u>ORDER</u>

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  On December 20, 2010, the court denied plaintiff's motion to compel, as it could

18   not determine from his motion what discovery he sought to compel.  The order stated, "If

19   defendant has failed to provide plaintiff with the supplemental interrogatory responses as ordered

20   on April 19, 2010, plaintiff has fourteen days from the date of this order to file new a motion to

21   compel so informing the court."  Dckt. No. 59.

22        Plaintiff then filed another motion to compel, stating that defendant had not given him a

23   copy of the interrogatories at issue, and asking that defendant be sanctioned.  *See* Dckt. No. 60.

24   Defendant opposed his motion, stating that he had mailed plaintiff a copy of the interrogatory

25   responses on March 14, 2010, before the court ordered him to do so.  Dckt. No. 61.  Attached to

26   defendant's motion is a copy of the interrogatory responses at issue.  *See* Ex. A.  Plaintiff's reply

1

1  states that although he has been transferred between institutions (and therefore may not have

2  received documents mailed to him), he has filed a change of address each time.  Dckt. No. 62.

3          As defendant's interrogatory responses were attached to his pleading and filed on the

4  docket, plaintiff has now indisputably received a copy.  Therefore, his motion to compel is

5  denied as moot.  As it does not appear that defendant has engaged in sanctionable behavior,

6  plaintiff's request for sanctions is denied as well.

7          Accordingly, it is ORDERED that:

8          1.  Plaintiff's motion to compel, Dckt. No. 60, is denied;

9          2.  Plaintiff shall file and serve his final pretrial statement and any motions necessary to

10  obtain the attendance of witnesses at trial within thirty days; and

11          3.  Defendant shall file his final pretrial statement not later than thirty days after the filing

12  of plaintiff's statement.

13  Dated:  May 9, 2011.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26