IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM SOTO,

        Plaintiff,                      No. CIV S-07-1842 FCD EFB P

    vs.

DR. ZHOV,

        Defendant.              <u>ORDER</u>

        /

    On May 19, 2011, plaintiff filed a motion for discovery to be reopened for 30 days. Defendants have not filed a response to the motion.

    Accordingly, it is hereby ORDERED that:

    1. Within 21 days of the date of this order, defendants shall file an opposition or statement of no opposition to plaintiff's motion.

    2. Plaintiff is relieved of his obligation to file his final pretrial statement at this time.

Dated:   June 24, 2011.

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE