IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM SOTO,

        Plaintiff,                        No. CIV S-07-1842 FCD EFB P

    vs.

DR. ZHOV,

        Defendant.               <u>ORDER</u>

        On May 19, 2011, plaintiff filed a motion for discovery to be reopened. On July 6, 2011, defendants filed a statement of no opposition to the request.

        Accordingly, it is hereby ORDERED that:

        1. The parties may conduct discovery until 90 days from the date of this order. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than 60 days before that date.

        2. All pretrial motions, except motions to compel discovery, shall be filed by 120 days from the date of this order.

////

////

1

3. The court will schedule pretrial proceedings, if necessary, upon the resolution of any pretrial motions filed. Requests to modify this schedule will be looked upon with disfavor and must be supported by good cause pursuant to Fed. R. Civ. P. 16(b).

Dated: July 8, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE