IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM SOTO,

    Plaintiff,                                            No. CIV S-07-1842 FCD EFB P

    vs.

DR. ZHOV,

    Defendant.                     ORDER

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has requested that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff. 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990). The court finds that there are no exceptional circumstances in this case. Plaintiff is informed that he may conduct defendants' depositions by written questions pursuant to Fed. R. Civ. P. 31.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's August 4, 2011 request for appointment of counsel is denied.

DATED: August 11, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE